SENTENCING SUMMARY CHART
[☒ AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]
Sentencing Date: October 21, 2024

USPO ____
AUSA  X
DEF  ____

| Field | Value |
|---|---|
| Defendant's Name: | Ricardo Torres |
| Docket No.: | 22CR2185-BAS |
| Attorney's Name: | Joshua C. Mellor |
| Phone No.: | 619-546-9733 |
| Guideline Manual Used: | November 2023 |
| Agree with USPO Calcs. | No |

Base Offense Level(s): USSG § 2S1.1(a)(2) - Money Laundering > $550,000 — 24
Specific Offense Characteristics: Knowledge of Drug Proceeds, USSG §2S1.1(b)(1) — +6
Violation of USSG §1956, USSG §2S1.1(b)(2)(B) — +2

Adjusted Offense Level:
☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim. — 32
Adjustment for Acceptance of Responsibility [☒ Government Motion - USSG §3E1.1(b)] — -3

Total Offense Level: 29
Supervised Release Range (based on Total Offense Level): 1 to 3 years
Fine Range (based on Total Offense Level): $30,000 to $300,000

Criminal History Score: 1
Criminal History Category: I
☐ Career Offender   ☐ Armed Career Criminal

Guideline Range: from 87 mths
(Range limited by: ☐ minimum mand.  ☐ statutory maximum) to 108 mths

Departures:
USSG § 5K2.0 Appeal Waiver/Early Resolution — -2

Resulting Guideline Range: Adjusted Offense Level: 27    from 70 mths
                                                         to   87 mths

RECOMMENDATION: 70 months' custody; 3 years S/R;

No fine and $100 special assessment.

03/2023